```
                                United States Bankruptcy Court
                                 Middle District of Pennsylvania
In re:                                                              Case No. 19-01571-HWV
Sharon Elizabeth Myers                                              Chapter 13
         Debtor             CERTIFICATE OF NOTICE
District/off: 0314-1          User: KADavis               Page 1 of 2                  Date Rcvd: May 29, 2019
                              Form ID: ntcnfhrg           Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
```
db           +Sharon Elizabeth Myers,    1124 Paxton Church Road,    Harrisburg, PA 17110-9566
cr           +Santander Bank, N.A. c/o Thomas A. Capehart, Esqui,    Gross McGinley, LLP,
               33 S. Seventh Street,    P.O. Box 4060,    Allentown, PA 18105-4060
5186046      +BEST EGG/SST,    4315 PICKETT ROAD,    SAINT JOSEPH, MO 64503-1600
5186050       CREDIT FIRST NATL ASSOC,    PO BOX 81344,    CLEVELAND, OH 44188-0344
5186052      +FIRST PREMIER BANK,    3820 N LOUISE AVENUE,    SIOUX FALLS SD 57107-0145
5186053      +FNCC,   PO BOX 5097,    SIOUX FALLS, SD 57117-5097
5186056      +MARINER FINANCE LLC,    3872 UNION DEPOSIT ROAD,    HARRISBURG, PA 17109-5919
5186057      +MERCURY/FBT,    PO BOX 84064,    COLUMBUS, GA 31908-4064
5198492      +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
5186060      +PROSPER,    221 MAIN STREET, STE 300,    SAN FRANCISCO, CA 94105-1909
5186061       SANTANDER MORTGAGE BANKING,    CORRESPONDENCE,    PO BOX 16255,    READING, PA 19612-6255
5197451      +Santander Bank, N.A.,    450 Penn Street,    10-421-MC3,    Reading, PA 19602-1011
5186066      +TBOM/CONTFIN,    PO BOX 8099,    NEWARK, DE 19714-8099
5186067      +TBOM/FORTIVA,    PO BOX 105555,    ATLANTA, GA 30348-5555
5202575      +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555
5186068      +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
               651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
5186069      +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
               HARRISBURG, PA 17121-0751
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2019 19:57:52
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5186047       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 29 2019 19:57:23
               CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5186048      +E-mail/Text: dehartstaff@pamd13trustee.com May 29 2019 19:55:53     CHARLES J DEHART, III, ESQ.,
               8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
5186049       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 29 2019 19:55:34     COMM OF PA DEPT OF REVENUE,
               BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
5186051       E-mail/PDF: creditonebknotifications@resurgent.com May 29 2019 19:57:27     CREDITONE BANK,
               CUSTOMER BILLING AND CORRESPONDENCE,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
5198845       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 29 2019 19:56:56
               Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
5186054       E-mail/Text: cio.bncmail@irs.gov May 29 2019 19:55:24     INTERNAL REVENUE SERVICE - CIO,
               PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5186055      +E-mail/Text: bk@lendingclub.com May 29 2019 19:55:52     LENDING CLUB,    71 STEVENSON, STE 300,
               SAN FRANCISCO, CA 94105-2985
5197524       E-mail/Text: bkr@cardworks.com May 29 2019 19:55:16     MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5186058      +E-mail/Text: bkr@cardworks.com May 29 2019 19:55:16     MERRICK BANK COURT NOTICES,
               PO BOX 9201,    OLD BETHPAGE, NY 11804-9001
5196022       E-mail/PDF: cbp@onemainfinancial.com May 29 2019 19:57:44     ONEMAIN,    P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
5186059       E-mail/PDF: cbp@onemainfinancial.com May 29 2019 19:57:44
               ONEMAIN FINANCIAL ATTN: BK NOTICES,    PO BOX 3251,    EVANSVILLE, IN 47731-3251
5202565      +E-mail/Text: JCAP_BNC_Notices@jcap.com May 29 2019 19:55:48     Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5186062       E-mail/Text: jennifer.chacon@spservicing.com May 29 2019 19:56:03
               SELECT PORTFOLIO SERVICING INC,    PO BOX 65250,    SALT LAKE CITY UT 84165-0250
5186063       E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 19:57:46     SYNCB/CARE,    BK NOTICES,
               PO BOX 965061,    ORLANDO, FL 32896-5061
5186064       E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 19:57:46     SYNCB/CCMIDS,    BK NOTICES,
               PO BOX 965061,    ORLANDO, FL 32896-5061
5186065      +E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 19:57:47     SYNCB/LOWES,    PO BOX 965004,
               ORLANDO, FL 32896-5004
5186686      +E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 19:57:20     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Sharon Elizabeth Myers DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt    on behalf of Creditor    Grand Avenue Mortgage Loan Trust 2017-RPL1
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Sharon Elizabeth Myers karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Thomas A. Capehart    on behalf of Creditor    Santander Bank, N.A. c/o Thomas A. Capehart, Esquire
               jkacsur@grossmcginley.com, ehutchinson@grossmcginley.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Sharon Elizabeth Myers,　　　　　　　　　　Chapter　　　13

**Debtor 1**　　　　　　　　　　　　　　　　　Case No.　　　1:19-bk-01571-HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 3, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 10, 2019<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013-3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074-1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101-1737<br>(717) 901-2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 29, 2019 |

ntcnfhrg (03/18)

Case 1:19-bk-01571-HWV    Doc 21    Filed 05/31/19    Entered 06/01/19 00:47:33    Desc
Imaged Certificate of Notice    Page 3 of 3