UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

Sharon Elizabeth Myers

        Debtor

Case No.: 19-01571  
Adversary No.:  
Chapter: 13  
Judge: Henry W Van Eck

**CHANGE OF ADDRESS**

**Creditor Name:** Santander Bank, N.A.

Old Payment Address:

PO Box 16255  
MC: 10-421-CP2  
Reading, PA 19612

New Payment Address:

PO Box 847051  
Boston, MA 02284-7051

Date: 11/16/2021

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  
Sharon Elizabeth Myers

Debtor

_____/

Chapter #13  
Case No. 19-01571  
Honorable Henry W Van Eck

## CERTIFICATE OF SERVICE

I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on November 16, 2021, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

Signed under the penalties of perjury, this 16th day of November 2021.

*Melissa A. Epler*
Melissa A. Epler  
Santander Bank, N.A.  
Bankruptcy Administrator  
450 Penn Street  
Reading, PA 19602  
(484) 512-3552  
Email: DeftBkr@santander.us

VIA US MAIL  
Sharon Elizabeth Myers  
1124 Paxton Church Rd  
Harrisburg, PA 17110

VIA ECF  
Jack N Zaharopoulos  
8125 Adams Dr Ste A  
Hummelstown, PA 17036

Kara Katherine Gendron  
mottgendronecf@gmail.com