UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------------X

| | |
|---|---|
| IN RE:<br><br>Sharon Elizabeth Myers,<br><br>Debtor. | CASE NO.: 1:19-bk-01571-HWV<br>CHAPTER: 13<br><br>**NOTICE OF APPEARANCE**<br><br>HON. JUDGE.: Henry W. Van Eck |

---------------------------------------------------------------------X

# NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for LB-Dwelling Series V Trust, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for SN Servicing Corporation as servicer
> for U.S. Bank Trust National Association as Trustee
> for LB-Dwelling Series V Trust
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: October 10, 2022
      Garden City, New York

                                        By: /s/ *Lauren M. Moyer*
                                        Lauren M. Moyer, Esq.
                                        FRIEDMAN VARTOLO LLP
                                        Attorneys for Movant
                                        1325 Franklin Avenue, Suite 160
                                        Garden City, New York 11530
                                        T: (212) 471-5100
                                        F: (212) 471-5150
                                        Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------X
                                                 :

IN RE:                                          :   CASE NO.: 1:19-bk-01571-HWV
                                                 :   CHAPTER: 13
Sharon Elizabeth Myers,                :
                                               :   **CERTIFICATE OF SERVICE**
Debtor.                                        :
                                               :   HON. JUDGE.: Henry W. Van Eck
-----------------------------------------------------------------X

**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE**

       The undersigned counsel for SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for LB-Dwelling Series V Trust ("Secured Creditor") certify that, on the date stated hereon, I caused to be served a copy of the Notice of Appearance filed on behalf of Secured Creditor on the parties in the manner specified on the attached service list.

       The type(s) of service made on the parties was: electronic notification or first-class mail, postage pre-paid. Where service is by electronic notification, the address of the party is listed for identification purposes only.

EXECUTED ON: October 10, 2022
                           Garden City, New York

                                         FRIEDMAN VARTOLO, LLP.

                                         By: _/s/ *Lauren M. Moyer*__
                                         Lauren M. Moyer, Esq.
                                         FRIEDMAN VARTOLO LLP
                                         Attorneys for Movant
                                         1325 Franklin Avenue, Suite 160
                                         Garden City, New York 11530
                                         T: (212) 471-5100
                                         F: (212) 471-5150
                                         Bankruptcy@FriedmanVartolo.com

**Service by NEF**

**Trustee**
Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

**Debtor's Counsel**
Kara Katherine Gendron
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Dorothy L Mott
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

**U.S. Trustee**
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

**Service by First-Class Mail**

**Debtor**
Sharon Elizabeth Myers
1124 Paxton Church Road
Harrisburg, PA 17110