In re:                                                                    Case No. 19-01571-HWV

Sharon Elizabeth Myers                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                          Page 1 of 2

Date Rcvd: Nov 10, 2022                        Form ID: trc                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5493721 | + | U.S. Bank Trust National, Association, as Trustee of, LB-Tiki Series V Trust, SN Servicing Corporation, 323 Fifth Street Eureka, CA 95501-0305 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Sharon Elizabeth Myers DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Grand Avenue Mortgage Loan Trust 2017-RPL1 bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Sharon Elizabeth Myers karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |

Kellie Rahl-Heffner

on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com,
jkacsur@grossmcginley.com;jpraedin@grossmcginley.com

Lauren Marie Moyer

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for LB-Dwelling
Series V Trust lmoyer@friedmanvartolo.com  ecfmail@ecf.courtdrive.com

Lorraine Gazzara Doyle

on behalf of Creditor Grand Avenue Mortgage Loan Trust 2017-RPL1 ldoyle@logs.com
Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Michelle Ghidotti

on behalf of Creditor U.S. Bank Trust National Association  as Trustee of LB-Tiki Series V Trust
bknotifications@ghidottiberger.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-01571-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Sharon Elizabeth Myers
1124 Paxton Church Road
Harrisburg PA 17110

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/09/2022.

Name and Address of Alleged Transferor(s):

Claim No. 17: U.S. Bank Trust National, Association, as Trustee of, LB-Tiki Series V Trust, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501

Name and Address of Transferee:

U.S. Bank Trust National Association, et al
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501
U.S. Bank Trust National Association, et
c/o SN Servicing Corporation

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/12/22

Terrence S. Miller

**CLERK OF THE COURT**