# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Sharon Elizabeth Myers

Case No.: 1-19-01571 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SN Servicing |
| Court Claim Number: | 17 |
| Last Four of Loan Number: | 8835 |
| Property Address if applicable: | 1124 Paxton Church Rd |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,725.77 |
| b. | Prepetition arrearages paid by the trustee: | $1,725.77 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $1,725.77 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: October 31, 2024

                                                  Respectfully submitted,

                                                  /s/ Jack N. Zaharopoulos
                                                  Standing Chapter 13 Trustee
                                                  Suite A, 8125 Adams Drive
                                                  Hummelstown, PA  17036
                                                  Phone:  (717) 566-6097
                                                  Fax:  (717) 566-8313
                                                  email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Sharon Elizabeth Myers

Case No.: 1-19-01571 HWV

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on October 31, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Kara K. Gendron, Esquire
Mott & Gendron Law
125 State St
Harrisburg PA 17101

**Served by First Class Mail**
SN Servicing Corp
323 5th St
Eureka CA 95501


Sharon Elizabeth Myers
1124 Paxton Church Rd
Harrisburg PA 17110


I certify under penalty of perjury that the foregoing is true and correct.


Date: October 31, 2024
/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-01571    SHARON ELIZABETH MYERS

SN SERVICING CORP
323 5TH STREET

EUREKA, CA  95501-

**Sequence:** 13
**Modify:**
**Filed Date:**
**Hold Code:**

**Acct No:** 1124 Paxton Church - PRE-AR

ARREARS - 1124 PAXTON CHURCH ROAD

| | | | | |
|---|---|---|---|---|
| Amt Sched: | $45,238.00 | Debt: $1,725.77 | Interest Paid: | $0.00 |
| Amt Due: | $0.00 | Paid: $1,725.77 | Accrued Int: | $0.00 |
| | | | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **SN SERVICING CORP** | | | | | | | |
| 520-0 | SN SERVICING CORP | | 09/17/2024 | 9019211 | $56.92 | $0.00 | $56.92 | 09/17/2024 |
| 520-0 | SN SERVICING CORP | | 07/10/2024 | 9018875 | $36.04 | $0.00 | $36.04 | 07/10/2024 |
| 520-0 | SN SERVICING CORP | | 06/18/2024 | 9018714 | $36.03 | $0.00 | $36.03 | 06/18/2024 |
| 520-0 | SN SERVICING CORP | | 05/22/2024 | 9018542 | $36.04 | $0.00 | $36.04 | 05/22/2024 |
| 520-0 | SN SERVICING CORP | | 04/17/2024 | 9018369 | $40.18 | $0.00 | $40.18 | 04/17/2024 |
| 520-0 | SN SERVICING CORP | | 03/14/2024 | 9018188 | $42.78 | $0.00 | $42.78 | 03/14/2024 |
| 520-0 | SN SERVICING CORP | | 02/14/2024 | 9018006 | $38.63 | $0.00 | $38.63 | 02/14/2024 |
| 520-0 | SN SERVICING CORP | | 01/12/2024 | 9017840 | $37.39 | $0.00 | $37.39 | 01/12/2024 |
| 520-0 | SN SERVICING CORP | | 12/19/2023 | 9017683 | $36.03 | $0.00 | $36.03 | 12/19/2023 |
| 520-0 | SN SERVICING CORP | | 11/15/2023 | 9017515 | $36.03 | $0.00 | $36.03 | 11/15/2023 |
| 520-0 | SN SERVICING CORP | | 10/18/2023 | 9017339 | $36.04 | $0.00 | $36.04 | 10/18/2023 |
| 520-0 | SN SERVICING CORP | | 09/19/2023 | 9017161 | $37.91 | $0.00 | $37.91 | 09/19/2023 |
| 520-0 | SN SERVICING CORP | | 08/09/2023 | 9016976 | $75.82 | $0.00 | $75.82 | 08/09/2023 |
| 520-0 | SN SERVICING CORP | | 06/13/2023 | 9016608 | $37.92 | $0.00 | $37.92 | 06/13/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | SN SERVICING CORP | | 05/16/2023 | 9016426 | $36.42 | $0.00 | $36.42 | 05/16/2023 |
| 520-0 | SN SERVICING CORP | | 04/18/2023 | 9016238 | $36.43 | $0.00 | $36.43 | 04/19/2023 |
| 520-0 | SN SERVICING CORP | | 03/15/2023 | 9016034 | $36.42 | $0.00 | $36.42 | 03/15/2023 |
| 520-0 | SN SERVICING CORP | | 02/15/2023 | 9015836 | $36.43 | $0.00 | $36.43 | 02/15/2023 |
| 520-0 | SN SERVICING CORP | | 01/18/2023 | 9015627 | $36.42 | $0.00 | $36.42 | 01/18/2023 |
| 520-0 | SN SERVICING CORP | | 12/13/2022 | 9015424 | $36.42 | $0.00 | $36.42 | 12/13/2022 |
| 520-0 | SN SERVICING CORP | | 11/16/2022 | 9015215 | $36.43 | $0.00 | $36.43 | 11/16/2022 |
| 520-0 | SN SERVICING CORP | | 10/18/2022 | 9015001 | $36.43 | $0.00 | $36.43 | 10/18/2022 |
| 520-0 | SN SERVICING CORP | | 09/13/2022 | 9014783 | $38.42 | $0.00 | $38.42 | 09/13/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 08/17/2022 | 2016123 | $38.42 | $0.00 | $38.42 | 08/24/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 07/13/2022 | 2015054 | $38.42 | $0.00 | $38.42 | 07/25/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 06/14/2022 | 2014079 | $35.76 | $0.00 | $35.76 | 06/23/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 05/17/2022 | 2013065 | $38.33 | $0.00 | $38.33 | 05/27/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 04/12/2022 | 2011965 | $35.76 | $0.00 | $35.76 | 05/11/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 03/16/2022 | 2010950 | $35.76 | $0.00 | $35.76 | 03/25/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 02/16/2022 | 2009951 | $53.69 | $0.00 | $53.69 | 02/28/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 01/19/2022 | 2008997 | $35.76 | $0.00 | $35.76 | 01/26/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 12/15/2021 | 2007974 | $35.76 | $0.00 | $35.76 | 12/29/2021 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 11/16/2021 | 2006960 | $35.76 | $0.00 | $35.76 | 11/30/2021 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 10/14/2021 | 2005930 | $36.81 | $0.00 | $36.81 | 10/28/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | SELECT PORTFOLIO SERVICING | | 09/14/2021 | 2004871 | $36.82 | $0.00 | $36.82 | 09/22/2021 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 07/14/2021 | 2002802 | $36.82 | $0.00 | $36.82 | 07/26/2021 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 06/16/2021 | 2001819 | $51.66 | $0.00 | $51.66 | 06/24/2021 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 01/19/2021 | 1226388 | $35.64 | $0.00 | $35.64 | 02/01/2021 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 12/10/2020 | 1224607 | $71.28 | $0.00 | $71.28 | 12/17/2020 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 10/15/2020 | 1222825 | $35.25 | $0.00 | $35.25 | 10/22/2020 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 09/17/2020 | 1221842 | $35.25 | $0.00 | $35.25 | 09/25/2020 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 08/12/2020 | 1220782 | $35.25 | $0.00 | $35.25 | 08/20/2020 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 07/07/2020 | 1219736 | $35.25 | $0.00 | $35.25 | 07/20/2020 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 06/02/2020 | 1218713 | $18.74 | $0.00 | $18.74 | 06/11/2020 |
| | | | | Sub-totals: | $1,725.77 | $0.00 | $1,725.77 | |
| | | | | Grand Total: | $1,725.77 | $0.00 | | |