Fill in this information to identify the case:

Debtor 1: Sharon Elizabeth Myers

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylva
(State)

Case number: 1:19-bk-01571-HWV

Form 4100R

# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee for LB-Pavilion Series V Trust

**Court claim no.** (if known): 17-1

**Last 4 digits** of any number you use to identify the debtor's account: 8835

**Property address:** 1124 Paxton Church Road
Number    Street

Harrisburg    PA    17110
City          State  ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11 / 01 / 2024
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. **Total.** Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/___
MM / DD / YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1

| Debtor 1 | Sharon Elizabeth Myers | Case number (if known) 1:19-bk-01571-HWV |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Lauren M. Moyer    Date 11/05/2024
  Signature

Print: Lauren M. Moyer    Title: _____
       First Name   Middle Name   Last Name

Company: Friedman Vartolo LLP

*If different from the notice address listed on the proof of claim to which this response applies:*

Address: 1325 Franklin Avenue, Suite 160
         Number       Street

         Garden City                NY        11530
         City                       State     ZIP Code

Contact phone ( 212 ) 471 - 5100    Email bankruptcy@friedmanvartolo.com

Case 1:19-bk-01571-HWV   Doc 52   Filed 11/05/24   Entered 11/05/24 12:14:36   Desc
                         Main Document     Page 2 of 4

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNYSLVANIA

-------------------------------------------------------------------X
: 
: CASE NO.: 1:19-bk-01571-HWV
IN RE: :
: CHAPTER: 13
Sharon Elizabeth Myers, :
: HON. JUDGE.: Henry W. Van Eck
*Debtor(s)* :
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

On  November 5, 2024  , I,   Lauren M. Moyer, Esq   , caused to be served a true copy of the annexed **RESPONSE TO NOTICE OF FINAL CURE** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/ Lauren M. Moyer, Esq
FRIEDMAN VARTOLO LLP
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150

## SERVICE BY FIRST-CLASS MAIL

**Sharon Elizabeth Myers**
1124 Paxton Church Road
Harrisburg, PA 17110
*Debtor*

## SERVICE BY NEF

**Kara Katherine Gendron**
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
*Debtor's Attorney*

**Jack N Zaharopoulos**
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
*Trustee*

**United States Trustee**
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
*U.S. Trustee*