United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-01571-HWV
Sharon Elizabeth Myers  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4
Date Rcvd: Nov 04, 2024      Form ID: 3180W      Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon Elizabeth Myers, 1124 Paxton Church Road, Harrisburg, PA 17110-9566 |
| cr | + | Santander Bank, N.A., c/o Kellie Rahl-Heffner, Esq, 33 S. Seventh Street, P.O. Box 4060, Allentown, PA 18105-4060 |
| 5186056 | + | MARINER FINANCE LLC, 3872 UNION DEPOSIT ROAD, HARRISBURG, PA 17109-5919 |
| 5186060 | ++ | PROSPER MARKETPLACE INC, 221 MAIN STREET STE 300, SAN FRANCISCO CA 94105-1909 address filed with court:, PROSPER, 221 MAIN STREET, STE 300, SAN FRANCISCO, CA 94105 |
| 5186061 | | SANTANDER MORTGAGE BANKING, CORRESPONDENCE, PO BOX 16255, READING, PA 19612-6255 |
| 5493720 | + | U.S. Bank Trust National, Association, as Trustee of, LB-Tiki Series V Trust, SN Servicing Corporation, 323 Fifth Street Eureka, CA 95501-0305 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Nov 04 2024 23:45:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Nov 04 2024 23:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Nov 04 2024 18:48:02 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5186046 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Nov 04 2024 18:52:33 | BEST EGG/SST, 4315 PICKETT ROAD, SAINT JOSEPH, MO 64503-1600 |
| 5186047 | | EDI: CAPITALONE.COM | Nov 04 2024 23:45:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5186049 | | EDI: PENNDEPTREV | Nov 04 2024 23:45:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5186049 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2024 18:54:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5186066 | | Email/Text: cfcbackoffice@contfinco.com | Nov 04 2024 18:54:00 | TBOM/CONTFIN, PO BOX 8099, NEWARK, DE 19714 |
| 5214117 | | EDI: CRFRSTNA.COM | Nov 04 2024 23:45:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5186050 | | EDI: CRFRSTNA.COM | Nov 04 2024 23:45:00 | CREDIT FIRST NATL ASSOC, PO BOX 81344, CLEVELAND, OH 44188-0344 |
| 5186051 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 04 2024 19:02:58 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 5198845 | EDI: CAPITALONE.COM | Nov 04 2024 23:45:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5186068 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Nov 04 2024 18:54:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5186053 | Email/Text: BNSFN@capitalsvcs.com | Nov 04 2024 18:54:00 | FNCC, PO BOX 5097, SIOUX FALLS, SD 57117 |
| 5186052 | + EDI: AMINFOFP.COM | Nov 04 2024 23:45:00 | FIRST PREMIER BANK, 3820 N LOUISE AVENUE, SIOUX FALLS SD 57107-0145 |
| 5500265 | ^ MEBN | Nov 04 2024 18:48:04 | FRIEDMAN VARTOLO, LLP, Attorneys for SN Servicing Corporation a, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5214323 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 04 2024 18:55:00 | Grand Avenue Mortgage Loan Trust 2017-RPL1, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5186054 | EDI: IRS.COM | Nov 04 2024 23:45:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5186048 | Email/Text: info@pamd13trustee.com | Nov 04 2024 18:54:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5186055 | + EDI: LENDNGCLUB | Nov 04 2024 23:45:00 | LENDING CLUB, 71 STEVENSON, STE 300, SAN FRANCISCO, CA 94105-2985 |
| 5232263 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2024 18:51:55 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5232264 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2024 18:52:31 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 5212104 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2024 19:02:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5214140 | + EDI: LENDNGCLUB | Nov 04 2024 23:45:00 | LendingClub Corporation, 595 Market Street, Suite #200, San Francisco, CA 94105-2802 |
| 5186057 | + Email/Text: Mercury@ebn.phinsolutions.com | Nov 04 2024 18:54:00 | MERCURY/FBT, PO BOX 84064, COLUMBUS, GA 31908-4064 |
| 5197524 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 04 2024 18:51:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5186058 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 04 2024 18:51:19 | MERRICK BANK COURT NOTICES, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5198492 | + Email/Text: bankruptcy@marinerfinance.com | Nov 04 2024 18:54:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5196022 | EDI: AGFINANCE.COM | Nov 04 2024 23:45:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5186059 | EDI: AGFINANCE.COM | Nov 04 2024 23:45:00 | ONEMAIN FINANCIAL ATTN: BK NOTICES, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5426182 | EDI: PRA.COM | Nov 04 2024 23:45:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5426183 | EDI: PRA.COM | Nov 04 2024 23:45:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5186060 | Email/Text: ProsperBK@prosper.com | Nov 04 2024 18:54:00 | PROSPER, 221 MAIN STREET, STE 300, SAN FRANCISCO, CA 94105 |
| 5202565 | + EDI: JEFFERSONCAP.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 04 2024 23:45:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5214221 | + | Email/Text: bncmail@w-legal.com | Nov 04 2024 18:54:00 | Prosper Marketplace Inc, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 5186062 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 04 2024 18:55:00 | SELECT PORTFOLIO SERVICING INC, PO BOX 65250, SALT LAKE CITY UT 84165-0250 |
| 5186063 | | EDI: SYNC | Nov 04 2024 23:45:00 | SYNCB/CARE, BK NOTICES, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5186064 | | EDI: SYNC | Nov 04 2024 23:45:00 | SYNCB/CCMIDS, BK NOTICES, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5186065 | + | EDI: SYNC | Nov 04 2024 23:45:00 | SYNCB/LOWES, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 5197451 | + | Email/Text: DeftBkr@santander.us | Nov 04 2024 18:54:00 | Santander Bank, N.A., 450 Penn Street, 10-421-MC3, Reading, PA 19602-1011 |
| 5186686 | | ^ MEBN | Nov 04 2024 18:48:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5186067 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 04 2024 18:54:00 | TBOM/FORTIVA, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 5202575 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 04 2024 18:54:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 5618582 | + | Email/Text: bknotices@snsc.com | Nov 04 2024 18:55:00 | U.S. Bank National Association, et al., C/O SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 5618583 | + | Email/Text: bknotices@snsc.com | Nov 04 2024 18:55:00 | U.S. Bank National Association, et al., C/O SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank National Association, et al., C/O SN Servicing Corporation 95501-0305 |
| 5505539 | | ^ MEBN | Nov 04 2024 18:46:30 | U.S. Bank Trust National Association, et al, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 5505541 | | ^ MEBN | Nov 04 2024 18:46:31 | U.S. Bank Trust National Association, et al, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust National Association, et, c/o SN Servicing Corporation 95501-0305 |
| 5186069 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Nov 04 2024 18:54:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5213353 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5493721 | *+ | U.S. Bank Trust National, Association, as Trustee of, LB-Tiki Series V Trust, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 5505540 | *+ | U.S. Bank Trust National Association, et al, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2024　　　　　　　　Signature:　　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Sharon Elizabeth Myers DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Grand Avenue Mortgage Loan Trust 2017-RPL1 bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Sharon Elizabeth Myers karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kellie Rahl-Heffner | on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com |
| Lauren Marie Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for LB-Dwelling Series V Trust bkecf@friedmanvartolo.com  ecfmail@ecf.courtdrive.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Grand Avenue Mortgage Loan Trust 2017-RPL1 ldoyle@squirelaw.com  LOGSECF@logs.com |
| Michelle Ghidotti | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for LB-Pavilion Series V Trust bknotifications@ghidottiberger.com |
| Michelle Ghidotti | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of LB-Tiki Series V Trust bknotifications@ghidottiberger.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Sharon Elizabeth Myers<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1064<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-01571-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sharon Elizabeth Myers

11/4/24

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**